No. 40630.—Protests 394096-G, etc., of Bloomingdale Bros. et al. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of atomizers, boxes, trays, bookends, lamps, paper weights, cups, tea set, vases, letter openers, cocktail glasses, bowls, jars, shakers, jugs, and plates chiefly used in the kitchen, on the table, or in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

No. 40631.—Protests 198285-G, etc., of Ferd. Bing & Co.'s Succrs. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel boxes, vases, inkstands, center pieces, jardinieres, trays, atomizers, candlesticks, bottles, coupes, baskets, candelabra, and photo frames chiefly used on the table or in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.

No. 40632.—Protests 847759-G, etc., of L. Oppleman, Inc. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel barometers or parts similar to those the subject of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) and pistols or parts the same as those the subject of *Laszlo* v. *United States* (C. D. 47) were held dutiable at 27½ percent under paragraph 372 as claimed.

FEBRUARY 7, 1939

No. 40633.— Protest 935205-G of General Concessions Corporation.   Abstract 40230.   Plaintiffs' application for rehearing denied.

FEBRUARY 8, 1939

No. 40634.— Protests 856671-G, etc., of Snedeker & Co. Abstract 40154.   Plaintiffs' application for rehearing denied.

No. 40635.— Protest 978658 of A. Eckstein & Co. Abstract 40418.   Plaintiffs' application for rehearing granted.

FEBRUARY 10, 1939

No. 40636.—Suit 4162.— *United States* v. *Fisher Scientific Co.*   Reap. Dec. 4219 affirmed.

No. 40637.—Suit 4168.— *R. C. William & Co., Inc.* v. *United States.*   Abstract 37904 reversed.